UNITED STATES of America,
Plaintiff–Appellee,

v.

Francisco Equihua CERVANTES,
Defendant–Appellant.

No. 09–16256

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 13, 2010.

Francisco Equihua Cervantes, Big Spring, TX, pro se.

Robert David McCullers, U.S. Attorney's Office, Macon, GA, for Plaintiff–Appellee.

Before BARKETT, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

John R. Francisco, appointed counsel for Francisco Equihua Cervantes in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Cervantes's convictions and sentences are **AFFIRMED**.